B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nu-Concepts Window Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3626209** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3378 Commercial Avenue**<br>**Northbrook, IL**<br><div align="right">ZIP Code</div>**60062** | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
| --- | --- | --- |
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |
| --- | --- | --- |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
| --- | --- |
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
| --- | --- |
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Nu-Concepts Window Corporation** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>    Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Nu-Concepts Window Corporation** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ William J. Factor**
_____
Signature of Attorney for Debtor(s)

**William J. Factor 6205675**
_____
Printed Name of Attorney for Debtor(s)

**The Law Office of William J. Factor, Ltd.**
_____
Firm Name

**1363 Shermer Road**
**Suite 224**
**Northbrook, IL 60062**
_____
Address

**Email: wfactor@wfactorlaw.com**
**847-239-7248  Fax: 847-574-8233**
_____
Telephone Number

**November  8, 2010**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Steven Walowitz**
_____
Signature of Authorized Individual

**Steven Walowitz**
_____
Printed Name of Authorized Individual

**President**
_____
Title of Authorized Individual

**November  8, 2010**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

TAXPAYER COPY - DO NOT FILE

| Form **1120S** | | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0130 |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | ► Do not file this form unless the corporation has filed or is<br>attaching Form 2553 to elect to be an S corporation.<br>► See separate instructions. | **2009** |

For calendar year 2009 or tax year beginning                    , 2009, ending                    .

| **A** S election effective date<br>1/01/2004 | Use<br>IRS<br>label.<br>Other-<br>wise,<br>print or<br>type. | NU CONCEPTS WINDOW CORPORATION<br>3378 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | **D** Employer identification number<br>36-3626209 |
|---|---|---|---|
| **B** Business activity code<br>number (see instrs)<br>423990 | | | **E** Date incorporated<br>1/15/1989 |
| **C** Check if Sch M-3<br>attached ☐ | | | **F** Total assets (see instructions)<br>$ 71,609. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No   If 'Yes,' attach Form 2553 if not previously filed

**H** Check if: **(1)** ☐ Final return   **(2)** ☐ Name change   **(3)** ☐ Address change
       **(4)** ☐ Amended return   **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . . . . . . . . . . . . ► 1

**Caution.** *Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.*

| | | | | |
|---|---|---|---|---|
| **I N C O M E** | **1a** Gross receipts or sales . . . 1,812,624. | **b** Less returns and allowances . . 797. | **c** Bal ► | **1c** 1,811,827. |
| | **2** Cost of goods sold (Schedule A, line 8) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **2** | 1,438,951. |
| | **3** Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **3** | 372,876. |
| | **4** Net gain (loss) from Form 4797, Part II, line 17 *(attach Form 4797)* . . . . . . . . . . . . . . . . . | | **4** | |
| | **5** Other income (loss) *(attach statement)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **5** | |
| | **6** **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | | **6** | 372,876. |
| **D E D U C T I O N S**<br><br>**S E E**<br><br>**I N S T R S** | **7** Compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **7** | 65,600. |
| | **8** Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **8** | 70,412. |
| | **9** Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **9** | |
| | **10** Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **10** | |
| | **11** Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **11** | 49,368. |
| | **12** Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **12** | 11,086. |
| | **13** Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **13** | |
| | **14** Depreciation not claimed on Schedule A or elsewhere on return *(attach Form 4562)* . . . . . . . . . | | **14** | 1,775. |
| | **15** Depletion **(Do not deduct oil and gas depletion.)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **15** | |
| | **16** Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **16** | 24,765. |
| | **17** Pension, profit-sharing, etc, plans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **17** | |
| | **18** Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **18** | |
| | **19** Other deductions *(attach statement)* . . . . . . . . . . . . . . . . . . . . . . . SEE STATEMENT 1 | | **19** | 156,262. |
| | **20** **Total deductions.** Add lines 7 through 19 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | | **20** | 379,268. |
| | **21** **Ordinary business income (loss).** Subtract line 20 from line 6 . . . . . . . . . . . . . . . . . . . . . . | | **21** | -6,392. |

| **T A X**<br><br>**A N D**<br><br>**P A Y M E N T S** | **22a** Excess net passive income or LIFO recapture<br>tax *(see instructions)* . . . . . . . . . . . . . . . | **22a** | | | |
|---|---|---|---|---|---|
| | **b** Tax from Schedule D (Form 1120S) . . . . . . . . . . . . | **22b** | | | |
| | **c** Add lines 22a and 22b *(see instructions for additional taxes)* . . . . . . . . . . . . . . . . . . . | | | **22c** | |
| | **23a** 2009 estimated tax payments and 2008 overpayment credited to 2009 . . | **23a** | | | |
| | **b** Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . . | **23b** | | | |
| | **c** Credit for federal tax paid on fuels *(attach Form 4136)* . . . . . . . | **23c** | | | |
| | **d** Add lines 23a through 23c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **23d** | |
| | **24** Estimated tax penalty *(see instructions).* Check if Form 2220 is attached . . . . . . . . . . . . ► ☐ | | | **24** | |
| | **25** **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed . . . . . . . | | | **25** | 0. |
| | **26** **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid . . . | | | **26** | |
| | **27** Enter amount from line 26 **Credited to 2010 estimated tax** | Refunded ► | | **27** | |

**Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _____   _____   ► PRESIDENT
Signature of officer                Date          Title

May the IRS discuss this return
with the preparer shown below
*(see instructions)?*  ☒ Yes  ☐ No

| **Paid Preparer's Use Only** | Preparer's<br>signature ► STEVEN L. LOPATA | Date<br>3/08/10 | Check if self-<br>employed ► ☒ | Preparer's SSN or PTIN<br>P00293930 |
|---|---|---|---|---|
| | Firm's name<br>(or yours if<br>self-employed),<br>address, and<br>ZIP code ► | STEVEN L. LOPATA, CPA LTD<br>370 CHARAL LANE<br>HIGHLAND PARK, IL 60035 | EIN 20-0397855<br>Phone no. 847.433.4809 | |

**BAA For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.**   SPSA0105L 12/16/09   Form **1120S** (2009)

Form **1120S** (2009)   NU CONCEPTS WINDOW CORPORATION   36-3626209   Page **2**

## Schedule A   Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | **1** | |
| 2 | Purchases | **2** | 932,067. |
| 3 | Cost of labor | **3** | |
| 4 | Additional section 263A costs (attach statement) | **4** | |
| 5 | Other costs (attach statement) .............. SEE STATEMENT 2 | **5** | 506,884. |
| 6 | **Total.** Add lines 1 through 5 | **6** | 1,438,951. |
| 7 | Inventory at end of year | **7** | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | **8** | 1,438,951. |

**9a** Check all methods used for valuing closing inventory:
    **(i)** ☐ Cost as described in Regulations section 1.471-3
    **(ii)** ☐ Lower of cost or market as described in Regulations section 1.471-4
    **(iii)** ☐ Other (Specify method used and attach explanation.)

  **b** Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ............► ☐
  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ............► ☐

  **d** If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing
inventory computed under LIFO | **9d** |

  **e** If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? .............. ☐ Yes ☐ No
  **f** Was there any change in determining quantities, cost, or valuations between opening
and closing inventory? If 'Yes,' attach explanation ............ ☐ Yes ☐ No

## Schedule B   Other Information (see instructions)

| | | Yes | No |
|---|---|:---:|:---:|
| 1 | Check accounting method: **a** ☐ Cash   **b** ☒ Accrual   **c** ☐ Other (specify)► _____ | | |
| 2 | See the instructions and enter the: | | |
| | **a** Business activity ► SALES _____   **b** Product or service ... ► REPLACEMENT WINDOWS ____ | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If 'Yes,' attach a statement showing: **(a)** name and employer identification number (EIN), **(b)** percentage owned, and **(c)** if 100% owned, was a QSub election made? | | X |
| 4 | Has this corporation filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | X |
| 5 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ............► ☐ If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 6 | If the corporation: **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ............► $ _____ | | |
| 7 | Enter the accumulated earnings and profits of the corporation at the end of the tax year ....... $ _____ | | |
| 8 | Are the corporation's total receipts (see instructions) for the tax year **and** its total assets at the end of the tax year less than $250,000? If 'Yes,' the corporation is not required to complete Schedules L and M-1 | | X |

## Schedule K   Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---:|
| **I N C O M E (L O S S)** | **1** Ordinary business income (loss) (page 1, line 21) | | **1** | -6,392. |
| | **2** Net rental real estate income (loss) (attach Form 8825) | | **2** | |
| | **3a** Other gross rental income (loss) | **3a** | | |
| | **b** Expenses from other rental activities (attach statement) | **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | | **3c** | |
| | **4** Interest income | | **4** | |
| | **5** Dividends: **a** Ordinary dividends | | **5a** | |
| | **b** Qualified dividends | **5b** | | |
| | **6** Royalties | | **6** | |
| | **7** Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | | **7** | |
| | **8a** Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | | **8a** | |
| | **b** Collectibles (28%) gain (loss) | **8b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement) | **8c** | | |
| | **9** Net section 1231 gain (loss) (attach Form 4797) | | **9** | |
| | **10** Other income (loss) (see instructions) .......... Type ► | | **10** | |

Form **1120S** (2009)

Form **1120S** (2009)   NU CONCEPTS WINDOW CORPORATION      36-3626209                                    Page **3**

| | Shareholders' Pro Rata Share Items *(continued)* | | Total amount |
|---|---|---|---|
| **Deduc-tions** | **11** Section 179 deduction *(attach Form 4562)*................................ | **11** | |
| | **12a** Contributions............................................................ | **12a** | |
| | **b** Investment interest expense............................................. | **12b** | |
| | **c** Section 59(e)(2) expenditures **(1)** Type ▶ _____ **(2)** Amount ▶ | **12c (2)** | |
| | **d** Other deductions *(see instructions)*.. Type ▶          SEE STATEMENT 3 | **12d** | |
| **Credits** | **13a** Low-income housing credit (section 42(j)(5))........................... | **13a** | |
| | **b** Low-income housing credit (other)...................................... | **13b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) *(attach Form 3468)*.......... | **13c** | |
| | **d** Other rental real estate credits *(see instrs)*  Type ▶ _____ | **13d** | |
| | **e** Other rental credits *(see instrs)*  Type ▶ _____ | **13e** | |
| | **f** Alcohol and cellulosic biofuel fuels credit *(attach Form 6478)*.............. | **13f** | |
| | **g** Other credits *(see instructions)*...... Type ▶ | **13g** | |
| **Foreign Trans-actions** | **14a** Name of country or U.S. possession ...... ▶ _____ | | |
| | **b** Gross income from all sources.......................................... | **14b** | |
| | **c** Gross income sourced at shareholder level.............................. | **14c** | |
| | *Foreign gross income sourced at corporate level* | | |
| | **d** Passive category........................................................ | **14d** | |
| | **e** General category........................................................ | **14e** | |
| | **f** Other *(attach statement)*.............................................. | **14f** | |
| | *Deductions allocated and apportioned at shareholder level* | | |
| | **g** Interest expense........................................................ | **14g** | |
| | **h** Other................................................................... | **14h** | |
| | *Deductions allocated and apportioned at corporate level to foreign source income* | | |
| | **i** Passive category........................................................ | **14i** | |
| | **j** General category........................................................ | **14j** | |
| | **k** Other *(attach statement)*.............................................. | **14k** | |
| | *Other information* | | |
| | **l** Total foreign taxes (check one): ▶ ☐ Paid    ☐ Accrued............... | **14l** | |
| | **m** Reduction in taxes available for credit | | |
| | *(attach statement)*.................................................... | **14m** | |
| | **n** Other foreign tax information *(attach statement)* | | |
| **Alterna-tive Mini-mum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment...................................... | **15a** | -1,775. |
| | **b** Adjusted gain or loss.................................................. | **15b** | |
| | **c** Depletion (other than oil and gas)..................................... | **15c** | |
| | **d** Oil, gas, and geothermal properties − gross income..................... | **15d** | |
| | **e** Oil, gas, and geothermal properties − deductions....................... | **15e** | |
| | **f** Other AMT items *(attach statement)*.................................. | **15f** | |
| **Items Affec-ting Share-holder Basis** | **16a** Tax-exempt interest income............................................ | **16a** | |
| | **b** Other tax-exempt income............................................... | **16b** | |
| | **c** Nondeductible expenses................................................ | **16c** | 55. |
| | **d** Property distributions.................................................. | **16d** | |
| | **e** Repayment of loans from shareholders................................. | **16e** | |
| **Other Inform-ation** | **17a** Investment income.................................................... | **17a** | |
| | **b** Investment expenses.................................................. | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits.......... | **17c** | |
| | **d** Other items and amounts | | |
| | *(attach statement)*                          SEE STATEMENT 4 | | |
| **Recon-ciliation** | **18** **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l.... | **18** | -6,392. |
| **BAA** | | | Form **1120S** (2009) |

Form **1120S** (2009)    NU CONCEPTS WINDOW CORPORATION    36-3626209    Page **4**

## Schedule L    Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| **1** Cash | | | | 15,957. |
| **2a** Trade notes and accounts receivable | | | | |
| **b** Less allowance for bad debts | | | | |
| **3** Inventories | | | | |
| **4** U.S. government obligations | | | | |
| **5** Tax-exempt securities *(see instructions)* | | | | |
| **6** Other current assets *(attach stmt)* | | | | |
| **7** Loans to shareholders ...... SEE ST 5 | | | | 55,065. |
| **8** Mortgage and real estate loans | | | | |
| **9** Other investments *(attach statement)* | | | | |
| **10a** Buildings and other depreciable assets | 105,537. | | 44,956. | |
| **b** Less accumulated depreciation | 76,761. | 28,776. | 44,956. | |
| **11a** Depletable assets | | | | |
| **b** Less accumulated depletion | | | | |
| **12** Land (net of any amortization) | | | | |
| **13a** Intangible assets (amortizable only) | | | | |
| **b** Less accumulated amortization | | | | |
| **14** Other assets *(attach stmt)* ..... SEE ST 6 | | 587. | | 587. |
| **15** Total assets | | 29,363. | | 71,609. |
| **Liabilities and Shareholders' Equity** | | | | |
| **16** Accounts payable | | 287,438. | | 346,378. |
| **17** Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** Other current liabilities *(attach stmt)* .. SEE ST 7 | | 2,247. | | |
| **19** Loans from shareholders ...... SEE ST 8 | | 261. | | |
| **20** Mortgages, notes, bonds payable in 1 year or more | | 7,738. | | |
| **21** Other liabilities *(attach statement)* | | | | |
| **22** Capital stock | | 1,000. | | 1,000. |
| **23** Additional paid-in capital | | | | |
| **24** Retained earnings | | -269,321. | | -275,769. |
| **25** Adjustments to shareholders' equity *(att stmt)* | | | | |
| **26** Less cost of treasury stock | | | | |
| **27** Total liabilities and shareholders' equity | | 29,363. | | 71,609. |

## Schedule M-1    Reconciliation of Income (Loss) per Books With Income (Loss) per Return
**Note:** Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more — see instructions

| | | | | |
|---|---|---|---|---|
| **1** Net income (loss) per books | -6,448. | **5** Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| **2** Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | **a** Tax-exempt interest.  $ _ _ _ _ _ _ _ _ _ _ _ | | |
| **3** Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 14I (itemize): | | **6** Deductions included on Schedule K, lines 1 through 12, and 14I, not charged against book income this year (itemize): | | |
| **a** Depreciation ........ $ _ _ _ _ _ _ _ _ _ _ | | **a** Depreciation .... $ _ _ _ _ _ _ _ _ _ _ | | |
| **b** Travel and entertainment.  $ _ _ _ _ _ _ _ | | | | |
| SEE STATEMENT 9          56. | 56. | **7** Add lines 5 and 6 | | 0. |
| **4** Add lines 1 through 3 | -6,392. | **8** Income (loss) (Schedule K, ln 18). Ln 4 less ln 7 | | -6,392. |

## Schedule M-2    Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| **1** Balance at beginning of tax year | -137,299. | | |
| **2** Ordinary income from page 1, line 21 | | | |
| **3** Other additions | | | |
| **4** Loss from page 1, line 21 | ( 6,392.) | | |
| **5** Other reductions ........ SEE STATEMENT 10 | ( 55.) | | |
| **6** Combine lines 1 through 5 | -143,746. | | |
| **7** Distributions other than dividend distributions | | | |
| **8** Balance at end of tax year. Subtract line 7 from line 6 | -143,746. | | |

TAXPAYER COPY - DO NOT FILE

Schedule K-1 (Form 1120S) 2009   NU CONCEPTS WINDOW CORPORATION   36-3626209   Page **2**

**This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.**



**1** Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

*Report on*

| | |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

**2** Net rental real estate income (loss)   See the Shareholder's Instructions
**3** Other net rental income (loss)
Net income   Schedule E, line 28, column (g)
Net loss   See the Shareholder's Instructions
**4** Interest income   Form 1040, line 8a
**5a** Ordinary dividends   Form 1040, line 9a
**5b** Qualified dividends   Form 1040, line 9b
**6** Royalties   Schedule E, line 4
**7** Net short-term capital gain (loss)   Schedule D, line 5, column (f)
**8a** Net long-term capital gain (loss)   Schedule D, line 12, column (f)
**8b** Collectibles (28%) gain (loss)   28% Rate Gain Worksheet, line 4 (Schedule D instructions)
**8c** Unrecaptured section 1250 gain   See the Shareholder's Instructions
**9** Net section 1231 gain (loss)   See the Shareholder's Instructions
**10** Other income (loss)
*Code*
**A** Other portfolio income (loss)   See the Shareholder's Instructions
**B** Involuntary conversions   See the Shareholder's Instructions
**C** Section 1256 contracts and straddles   Form 6781, line 1
**D** Mining exploration costs recapture   See Pub 535
**E** Other income (loss)   See the Shareholder's Instructions
**11** Section 179 deduction   See the Shareholder's Instructions
**12** Other deductions
**A** Cash contributions (50%)
**B** Cash contributions (30%)
**C** Noncash contributions (50%)
**D** Noncash contributions (30%)
**E** Capital gain property to a 50% organization (30%)   See the Shareholder's Instructions
**F** Capital gain property (20%)
**G** Contributions (100%)
**H** Investment interest expense   Form 4952, line 1
**I** Deductions — royalty income   Schedule E, line 18
**J** Section 59(e)(2) expenditures   See the Shareholder's Instructions
**K** Deductions — portfolio (2% floor)   Schedule A, line 23
**L** Deductions — portfolio (other)   Schedule A, line 28
**M** Preproductive period expenses   See the Shareholder's Instructions
**N** Commercial revitalization deduction from rental real estate activities   See Form 8582 instructions
**O** Reforestation expense deduction   See the Shareholder's Instructions
**P** Domestic production activities information   See Form 8903 instructions
**Q** Qualified production activities income   Form 8903, line 7
**R** Employer's Form W-2 wages   Form 8903, line 15
**S** Other deductions   See the Shareholder's Instructions
**13** Credits
**A** Low-income housing credit (section 42(j)(5)) from pre-2008 buildings   See the Shareholder's Instructions
**B** Low-income housing credit (other) from pre-2008 buildings   See the Shareholder's Instructions
**C** Low-income housing credit (section 42(j)(5)) from post-2007 buildings   Form 8586, line 11
**D** Low-income housing credit (other) from post-2007 buildings   Form 8586, line 11
**E** Qualified rehabilitation expenditures (rental real estate)
**F** Other rental real estate credits   See the Shareholder's Instructions
**G** Other rental credits
**H** Undistributed capital gains credit   Form 1040, line 70, box a
**I** Alcohol and cellulosic biofuel fuels credit   Form 6478, line 7
**J** Work opportunity credit   Form 5884, line 3
**K** Disabled access credit   See the Shareholder's Instructions
**L** Empowerment zone and renewal community employment credit   Form 8844, line 3

*Code*   *Report on*
**M** Credit for increasing research activities   See the Shareholder's Instructions
**N** Credit for employer social security and Medicare taxes   Form 8846, line 5
**O** Backup withholding   Form 1040, line 61
**P** Other credits   See the Shareholder's Instructions
**14** Foreign transactions
**A** Name of country or U.S. possession
**B** Gross income from all sources   Form 1116, Part I
**C** Gross income sourced at shareholder level
*Foreign gross income sourced at corporate level*
**D** Passive category
**E** General category   Form 1116, Part I
**F** Other
*Deductions allocated and apportioned at shareholder level*
**G** Interest expense   Form 1116, Part I
**H** Other   Form 1116, Part I
*Deductions allocated and apportioned at corporate level to foreign source income*
**I** Passive category
**J** General category   Form 1116, Part I
**K** Other
*Other information*
**L** Total foreign taxes paid   Form 1116, Part II
**M** Total foreign taxes accrued   Form 1116, Part II
**N** Reduction in taxes available for credit   Form 1116, line 12
**O** Foreign trading gross receipts   Form 8873
**P** Extraterritorial income exclusion   Form 8873
**Q** Other foreign transactions   See the Shareholder's Instructions
**15** Alternative minimum tax (AMT) items
**A** Post-1986 depreciation adjustment
**B** Adjusted gain or loss
**C** Depletion (other than oil & gas)   See the Shareholder's Instructions and the Instructions for Form 6251
**D** Oil, gas, & geothermal — gross income
**E** Oil, gas, & geothermal — deductions
**F** Other AMT items
**16** Items affecting shareholder basis
**A** Tax-exempt interest income   Form 1040, line 8b
**B** Other tax-exempt income
**C** Nondeductible expenses   See the Shareholder's Instructions
**D** Property distributions
**E** Repayment of loans from shareholders
**17** Other information
**A** Investment income   Form 4952, line 4a
**B** Investment expenses   Form 4952, line 5
**C** Qualified rehabilitation expenditures (other than rental real estate)   See the Shareholder's Instructions
**D** Basis of energy property   See the Shareholder's Instructions
**E** Recapture of low-income housing credit (section 42(j)(5))   Form 8611, line 8
**F** Recapture of low-income housing credit (other)   Form 8611, line 8
**G** Recapture of investment credit   See Form 4255
**H** Recapture of other credits   See the Shareholder's Instructions
**I** Look-back interest — completed long-term contracts   See Form 8697
**J** Look-back interest — income forecast method   See Form 8866
**K** Dispositions of property with section 179 deductions
**L** Recapture of section 179 deduction
**M** Section 453(l)(3) information
**N** Section 453A(c) information
**O** Section 1260(b) information
**P** Interest allocable to production expenditures   See the Shareholder's Instructions
**Q** CCF nonqualified withdrawals
**R** Depletion information — oil and gas
**S** Amortization of reforestation costs
**T** Section 108(i) information
**U** Other information

SHAREHOLDER 1 : STEVEN WALOWITZ   ▆▆▆▆▆▆ PL 12/15/09

Schedule K-1 (Form 1120S) 2009

NU CONCEPTS WINDOW CORPORATION 36-3626209

SCHEDULE K-1 (FORM 1120S) 2009     **SUPPLEMENTAL INFORMATION**     PAGE   3

---

**BOX 17, CODE K**
**DISPOSITION OF ASSETS WITH PRIOR SECTION 179 EXPENSE**

```
ASSET DESCRIPTION................  2004 GMC ENVOY
TAX YEAR(S) PASSED THROUGH.....  2003
DATE ACQUIRED................................................  12/05/2003
DATE SOLD...................................................  12/31/2009
SALES PRICE.................................................      27,000.
COST OR OTHER BASIS PLUS EXPENSE OF SALE....................      52,660.
DEPRECIATION ALLOWED OR ALLOWABLE..........................      14,950.
SECTION 179 EXPENSE DEDUCTION PREVIOUSLY REPORTED..........      10,710.
AMT DEPRECIATION ALLOWED OR ALLOWABLE......................      14,950.
```

```
ASSET DESCRIPTION................  FURNACE
TAX YEAR(S) PASSED THROUGH.....  2001
DATE ACQUIRED................................................   8/21/2001
DATE SOLD...................................................   1/31/2009
SALES PRICE.................................................           0.
COST OR OTHER BASIS PLUS EXPENSE OF SALE....................       4,600.
DEPRECIATION ALLOWED OR ALLOWABLE..........................           0.
SECTION 179 EXPENSE DEDUCTION PREVIOUSLY REPORTED..........       4,600.
```

```
ASSET DESCRIPTION................  SIGNAGE
TAX YEAR(S) PASSED THROUGH.....  2001
DATE ACQUIRED................................................  12/11/2001
DATE SOLD...................................................   1/31/2009
SALES PRICE.................................................           0.
COST OR OTHER BASIS PLUS EXPENSE OF SALE....................       3,321.
DEPRECIATION ALLOWED OR ALLOWABLE..........................           0.
SECTION 179 EXPENSE DEDUCTION PREVIOUSLY REPORTED..........       3,321.
```

---

SHAREHOLDER 1 : STEVEN WALOWITZ ███████████

SPSL1201L   07/31/03

TAXPAYER COPY - DO NOT FILE

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| | **(Including Information on Listed Property)** | **2009** |
| Department of the Treasury Internal Revenue Service   (99) | ► See separate instructions.   ► Attach to your tax return. | Attachment Sequence No. **67** |

| Name(s) shown on return | Identifying number |
|---|---|
| NU CONCEPTS WINDOW CORPORATION | 36-3626209 |

Business or activity to which this form relates

FORM 1120S

**Part I    Election To Expense Certain Property Under Section 179**
Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses. | **1** | $250,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | $800,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0-. | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7. | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2008 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs). | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11. | **12** | |
| 13 | Carryover of disallowed deduction to 2010. Add lines 9 and 10, less line 12. ► | **13** | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II    Special Depreciation Allowance and Other Depreciation (Do not** include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions). | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III    MACRS Depreciation (Do not** include listed property.) (See instructions)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2009 | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | | |

**Section B — Assets Placed in Service During 2009 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs | | S/L | |
| **h** Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| **i** Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2009 Tax Year Using the Alternative Depreciation System**

| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs | | S/L | |
| **c** 40-year | | | 40 yrs | MM | S/L | |

**Part IV    Summary (See instructions.)**

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | 1,775. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | **22** | 1,775. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

**BAA   For Paperwork Reduction Act Notice, see separate instructions.**          FDIZ0812L 07/07/09          Form **4562** (2009)

TAXPAYER COPY - DO NOT FILE

TAXPAYER COPY - DO NOT FILE

Form 4562 (2009)    NU CONCEPTS WINDOW CORPORATION    36-3626209    Page 2

**Part V    Listed Property** (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section B, all of Section B, and Section C if applicable.*

**Section A — Depreciation and Other Information (Caution:** *See the instructions for limits for passenger automobiles.*)

| 24a Do you have evidence to support the business/investment use claimed? | | X Yes | | No | 24b If 'Yes,' is the evidence written? | X Yes | | No |
|---|---|---|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions)........................ | | | | | 25 | | | |
| **26 Property used more than 50% in a qualified business use:** | | | | | | | | |
| VEHICLE | 2/28/97 | 100.0 | 14,000. | 14,000. | 5.0 | 200DB HY | | |
| 2004 GMC ENV | 12/05/03 | 100.0 | 52,660. | 41,950. | 5.0 | 200DB HY | 1,775. | |
| **27 Property used 50% or less in a qualified business use:** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1................ | | | | | 28 | | 1,775. | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1.......................... | | | | | | 29 | | 0. |

**Section B — Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles)........................ | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year......... | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven................................ | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32...................... | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours?..................... | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person?.......... | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use?................................ | | | | | | | | | | | | |

**Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees?.................................................................. | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners................ | | |
| 39 Do you treat all use of vehicles by employees as personal use?......................... | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received?................................ | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.).................... | | |
| **Note:** *If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.* | | |

**Part VI    Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2009 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2009 tax year................................... | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report........................ | | | | 44 | |

FDIZ0812L 07/07/09    Form **4562** (2009)

TAXPAYER COPY - DO NOT FILE

| 2009 | FEDERAL STATEMENTS | PAGE 1 |
|------|--------------------|--------|
| | NU CONCEPTS WINDOW CORPORATION | 36-3626209 |

**STATEMENT 1**
**FORM 1120S, LINE 19**
**OTHER DEDUCTIONS**

| | | |
|---|---|---:|
| AUTO AND TRUCK EXPENSE | $ | 48. |
| BANK CHARGES | | 14,646. |
| COMMISSIONS | | 115,485. |
| GIFTS | | 1,000. |
| INSURANCE | | 6,846. |
| LEGAL AND PROFESSIONAL | | 788. |
| OFFICE EXPENSE | | 1,813. |
| POSTAGE | | 1,839. |
| SUPPLIES | | 1,848. |
| TELEPHONE | | 5,444. |
| UTILITIES | | 4,543. |
| WASTE REMOVAL | | 1,962. |
| TOTAL | $ | 156,262. |

**STATEMENT 2**
**FORM 1120S, SCHEDULE A, LINE 5**
**OTHER COSTS**

| | | |
|---|---|---:|
| INSTALLATION COSTS | $ | 505,345. |
| PERMITS & LICENSES | | 1,539. |
| TOTAL | $ | 506,884. |

**STATEMENT 3**
**FORM 1120S, SCHEDULE K, LINE 12D**
**OTHER DEDUCTIONS**

**QUALIFIED DOMESTIC PRODUCTION ACTIVITY INFORMATION**

| | | |
|---|---|---:|
| QUALIFIED PRODUCTION ACTIVITIES INCOME | $ | -6,392. |
| EMPLOYER'S FORM W-2 WAGES | | 136,012. |

**STATEMENT 4**
**FORM 1120S, SCHEDULE K, LINE 17D**
**OTHER ITEMS AND AMOUNTS**

**DISPOSITION OF ASSETS WITH PRIOR SECTION 179 EXPENSE**

| | |
|---|---|
| ASSET DESCRIPTION | 2004 GMC ENVOY |
| TAX YEAR(S) PASSED THROUGH | 2003 |
| DATE ACQUIRED | 12/05/2003 |
| DATE SOLD | 12/31/2009 |
| SALES PRICE | 27,000. |
| COST OR OTHER BASIS PLUS EXPENSE OF SALE | 52,660. |
| DEPRECIATION ALLOWED OR ALLOWABLE | 14,950. |
| SECTION 179 EXPENSE DEDUCTION PREVIOUSLY REPORTED | 10,710. |
| AMT DEPRECIATION ALLOWED OR ALLOWABLE | 14,950. |

TAXPAYER COPY - DO NOT FILE

| 2009 | **FEDERAL STATEMENTS** | PAGE 2 |
|---|---|---|

**NU CONCEPTS WINDOW CORPORATION**                          36-3626209

**STATEMENT 4 (CONTINUED)**
**FORM 1120S, SCHEDULE K, LINE 17D**
**OTHER ITEMS AND AMOUNTS**

**DISPOSITION OF ASSETS WITH PRIOR SECTION 179 EXPENSE (CONTINUED)**

| | |
|---|---|
| ASSET DESCRIPTION................ FURNACE | |
| TAX YEAR(S) PASSED THROUGH.... 2001 | |
| DATE ACQUIRED................................................................ | 8/21/2001 |
| DATE SOLD.................................................................... | 1/31/2009 |
| SALES PRICE................................................................. | 0. |
| COST OR OTHER BASIS PLUS EXPENSE OF SALE................................. | 4,600. |
| DEPRECIATION ALLOWED OR ALLOWABLE......................................... | 0. |
| SECTION 179 EXPENSE DEDUCTION PREVIOUSLY REPORTED......................... | 4,600. |

| | |
|---|---|
| ASSET DESCRIPTION................ SIGNAGE | |
| TAX YEAR(S) PASSED THROUGH.... 2001 | |
| DATE ACQUIRED................................................................ | 12/11/2001 |
| DATE SOLD.................................................................... | 1/31/2009 |
| SALES PRICE................................................................. | 0. |
| COST OR OTHER BASIS PLUS EXPENSE OF SALE................................. | 3,321. |
| DEPRECIATION ALLOWED OR ALLOWABLE......................................... | 0. |
| SECTION 179 EXPENSE DEDUCTION PREVIOUSLY REPORTED......................... | 3,321. |

**STATEMENT 5**
**FORM 1120S, SCHEDULE L, LINE 7**
**LOANS TO SHAREHOLDERS**

| | BEGINNING | ENDING |
|---|---|---|
| ............................................................ | $          0. | $     55,065. |
| TOTAL | $          0. | $     55,065. |

**STATEMENT 6**
**FORM 1120S, SCHEDULE L, LINE 14**
**OTHER ASSETS**

| | BEGINNING | ENDING |
|---|---|---|
| SECURITY DEPOSIT................................................ | $        587. | $        587. |
| TOTAL | $        587. | $        587. |

**STATEMENT 7**
**FORM 1120S, SCHEDULE L, LINE 18**
**OTHER CURRENT LIABILITIES**

| | BEGINNING | ENDING |
|---|---|---|
| DUE TO BANK.................................................... | $      2,247. | $          0. |
| TOTAL | $      2,247. | $          0. |

TAXPAYER COPY - DO NOT FILE

| 2009 | FEDERAL STATEMENTS | PAGE 3 |
|---|---|---|

NU CONCEPTS WINDOW CORPORATION                                        36-3626209

**STATEMENT 8**
**FORM 1120S, SCHEDULE L, LINE 19**
**LOANS FROM SHAREHOLDERS**

|  | BEGINNING | ENDING |
|---|---|---|
| S. WALOWITZ | $ 261. | $ 0. |
| TOTAL | $ 261. | $ 0. |

**STATEMENT 9**
**FORM 1120S, SCHEDULE M-1, LINE 3**
**EXPENSES ON BOOKS NOT ON SCHEDULE K**

| | |
|---|---|
| GAIN (LOSS) ON DISPOSITION OF ASSETS | $ 1. |
| PENALTIES | 55. |
| TOTAL | $ 56. |

**STATEMENT 10**
**FORM 1120S, SCHEDULE M-2, COLUMN A, LINE 5**
**OTHER REDUCTIONS**

| | |
|---|---|
| PENALTIES | $ 55. |
| TOTAL | $ 55. |

TAXPAYER COPY - DO NOT FILE

# 2009 FEDERAL DEPRECIATION SCHEDULE

## NU CONCEPTS WINDOW CORPORATION

**12/31/09**    **PAGE 1**    **36-3626209**

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/BASIS | BUS. PCT | CUR 179 BONUS | SPECIAL DEPR. ALLOW | PRIOR 179/BONUS/SP DEPR | PRIOR DEC. BAL DEPR | SALVAG/BASIS REDUCT | DEPR. BASIS | PRIOR DEPR | METHOD | LIFE | RATE | CURRENT DEPR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **FORM 1120S** | | | | | | | | | | | | | | | |
| | **AUTO / TRANSPORT EQUIPMENT** | | | | | | | | | | | | | | | |
| 1 | VEHICLE | 2/28/97 | | 14,000 | | | | | | | 14,000 | 14,000 | 200DB HY | 5 | | 0 |
| 2 | 2004 GMC ENVOY | 12/05/03 | 12/31/09 | 52,660 | | | | 10,710 | | | 41,950 | 13,175 | 200DB HY | 5 | | 1,775 |
| | **TOTAL AUTO / TRANSPORT EQUIP** | | | 66,660 | | 0 | 0 | 10,710 | 0 | 0 | 55,950 | 27,175 | | | | 1,775 |
| | **FURNITURE AND FIXTURES** | | | | | | | | | | | | | | | |
| 3 | FURNITURE & FIXTURES | VARIOUS | | 23,048 | | | | 16,139 | | | 6,909 | 6,909 | 200DB HY | 7 | | 0 |
| 4 | OFFICE CHAIRS | 3/10/00 | | 735 | | | | | | | 735 | 735 | 200DB HY | 7 | | 0 |
| 5 | PICTURES | 10/02/00 | | 560 | | | | | | | 560 | 560 | 200DB HY | 7 | | 0 |
| 6 | FURNACE | 8/21/01 | 1/31/09 | 4,600 | | | | 4,600 | | | 0 | 0 | 200DB HY | 7 | | 0 |
| 7 | SIGNAGE | 12/11/01 | 1/31/09 | 3,321 | | | | 3,321 | | | 0 | 0 | 200DB HY | 7 | | 0 |
| | **TOTAL FURNITURE AND FIXTURE** | | | 32,264 | | 0 | 0 | 24,060 | 0 | 0 | 8,204 | 8,204 | | | | 0 |
| | **MACHINERY AND EQUIPMENT** | | | | | | | | | | | | | | | |
| 8 | COPIER | 4/01/96 | | 2,236 | | | | 2,236 | | | 0 | 0 | 200DB HY | 5 | | 0 |
| 9 | SECURITY SYSTEM | 11/18/96 | | 1,980 | | | | 1,980 | | | 0 | 0 | 200DB HY | 5 | | 0 |
| 10 | COMPUTERS | 11/06/00 | | 1,897 | | | | | | | 1,897 | 1,897 | 200DB HY | 5 | | 0 |
| 11 | COMPUTERS | 1/04/08 | | 500 | | | | 500 | | | 0 | 0 | 200DB HY | 5 | | 0 |
| | **TOTAL MACHINERY AND EQUIPME** | | | 6,613 | | 0 | 0 | 4,716 | 0 | 0 | 1,897 | 1,897 | | | | 0 |
| | **TOTAL DEPRECIATION** | | | 105,537 | | 0 | 0 | 39,486 | 0 | 0 | 66,051 | 37,276 | | | | 1,775 |

TAXPAYER COPY - DO NOT FILE

TAXPAYER COPY - DO NOT FILE

# 2009 FEDERAL DEPRECIATION SCHEDULE

**12/31/09**  **PAGE 2**

## NU CONCEPTS WINDOW CORPORATION

36-3626209

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW | PRIOR 179/ BONUS/ SP DEPR | PRIOR DEC. BAL DEPR | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GRAND TOTAL DEPRECIATION | | | 105,537 | | 0 | 0 | 39,486 | 0 | 0 | 66,051 | 37,276 | | | | 1,775 |
| | DEPRECIATION ASSETS SOLD | | | 60,581 | | 0 | 0 | 18,631 | 0 | 0 | 41,950 | 13,175 | | | | 1,775 |
| | DEPR REMAINING ASSETS | | | 44,956 | | 0 | 0 | 20,855 | 0 | 0 | 24,101 | 24,101 | | | | 0 |

TAXPAYER COPY - DO NOT FILE

TAXPAYER COPY - DO NOT FILE

# 12/31/09 — 2009 FEDERAL ALTERNATIVE MINIMUM TAX DEPRECIATION SCHEDULE — PAGE 1

## NU CONCEPTS WINDOW CORPORATION

36-3626209

FORM 1120S

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | AMT BASIS | AMT PRIOR DEPR | AMT METHOD | AMT LIFE | AMT RATE | AMT DEPR | REG. DEPR | OWN PCT | POST-86 DEPR ADJ | REAL PROP PREF | LEAS PER PROP PREF | 59 (EX2) AMORT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **AUTO / TRANSPORT EQUIPMENT** | | | | | | | | | | | | | | |
| 1 | VEHICLE | 2/28/97 | | 14,000 | 8,875 | 150DB HY | 5 | | 1,775 | 0 | | | | | 0 |
| 2 | 2004 GMC ENVOY | 12/05/03 | 12/31/09 | 41,950 | 13,175 | 150DB HY | 5 | | 1,775 | 1,775 | | -1,775 | | | 0 |
| | **TOTAL AUTO / TRANSPORT EQUIP** | | | 55,950 | 22,050 | | | | 3,550 | 1,775 | 1,775 | -1,775 | 0 | 0 | 0 |
| | **FURNITURE AND FIXTURES** | | | | | | | | | | | | | | |
| 3 | FURNITURE & FIXTURES | VARIOUS | | 6,909 | 905 | 150DB HY | 10 | | 0 | 0 | 0 | | | | 0 |
| 4 | OFFICE CHAIRS | 3/10/00 | | 735 | 315 | 150DB HY | 7 | | 0 | 0 | 0 | | | | 0 |
| 5 | PICTURES | 10/02/00 | | 560 | 241 | 150DB HY | 7 | | 0 | 0 | 0 | | | | 0 |
| 6 | FURNACE | 8/21/01 | 1/31/09 | 0 | | 150DB HY | 7 | | 0 | 0 | 0 | | | | 0 |
| 7 | SIGNAGE | 12/11/01 | 1/31/09 | 0 | | 150DB HY | 7 | | 0 | 0 | 0 | | | | 0 |
| | **TOTAL FURNITURE AND FIXTURE** | | | 8,204 | 1,461 | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **MACHINERY AND EQUIPMENT** | | | | | | | | | | | | | | |
| 8 | COPIER | 4/01/96 | | 0 | | 150DB HY | 5 | | 0 | 0 | 0 | | | | 0 |
| 9 | SECURITY SYSTEM | 11/18/96 | | 0 | | 150DB HY | 5 | | 0 | 0 | 0 | | | | 0 |
| 10 | COMPUTERS | 11/06/00 | | 1,897 | 474 | 150DB HY | 5 | | 0 | 0 | 0 | | | | 0 |
| 11 | COMPUTERS | 1/04/08 | | 0 | | 150DB HY | 5 | | 0 | 0 | 0 | | | | 0 |
| | **TOTAL MACHINERY AND EQUIPME** | | | 1,897 | 474 | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **TOTAL DEPRECIATION** | | | 66,051 | 23,985 | | | | 3,550 | 1,775 | 1,775 | -1,775 | 0 | 0 | 0 |

TAXPAYER COPY - DO NOT FILE

TAXPAYER COPY - DO NOT FILE

| 12/31/09 | | | | 2009 FEDERAL ALTERNATIVE MINIMUM TAX DEPRECIATION SCHEDULE | | | | | | | | | PAGE 2 |

NU CONCEPTS WINDOW CORPORATION

36-3626209

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | AMT BASIS | AMT PRIOR DEPR | AMT METHOD | AMT LIFE | AMT RATE | AMT DEPR | REG. DEPR | OWN PCT. | POST-86 DEPR ADJ | REAL PROP PREF | LEAS PER PROP PREF | 59 (E)(2) AMORT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GRAND TOTAL DEPRECIATION | | | 66,051 | 23,985 | | | | 3,550 | 1,775 | | -1,775 | 0 | 0 | 0 |

TAXPAYER COPY - DO NOT FILE

| 2009 | FEDERAL WORKSHEETS | PAGE 1 |
|---|---|---|
| | NU CONCEPTS WINDOW CORPORATION | 36-3626209 |

**COMPUTATION OF ENDING DEPRECIABLE ASSETS**
**FORM 1120S, SCHEDULE L, LINE 10A**

| | |
|---|---:|
| BEGINNING DEPRECIABLE ASSETS | 105,537. |
| DEPRECIABLE ASSETS PLACED IN SERVICE IN CURRENT YEAR | 0. |
| DEPRECIABLE ASSETS SOLD DURING THE CURRENT YEAR | -60,581. |
| ENDING BUILDINGS AND OTHER DEPRECIABLE ASSETS | 44,956. |

**COMPUTATION OF ENDING ACCUMULATED DEPRECIATION**
**FORM 1120S, SCHEDULE L, LINE 10B**

| | |
|---|---:|
| BEGINNING BALANCE OF ACCUMULATED DEPRECIATION | 76,761. |
| CURRENT YEAR BOOK DEPRECIATION | 1,775. |
| ACCUMULATED DEPRECIATION ON ASSETS SOLD THIS YEAR | -33,580. |
| ENDING ACCUMULATED DEPRECIATION | 44,956. |

**RECONCILIATION OF RETAINED EARNINGS**
**FORM 1120S, SCHEDULE L, LINE 24**

| | |
|---|---:|
| BEGINNING RETAINED EARNINGS, SCH. L, LINE 24 | -269,321. |
| NET INCOME (LOSS) PER BOOKS (SCH. M-1, LINE 1) | -6,448. |
| ENDING RETAINED EARNINGS, SCHEDULE L, LINE 24 | -275,769. |

TAXPAYER COPY - DO NOT FILE

| 2009 | FEDERAL SCHEDULE K WORKSHEETS | PAGE 1 |
|---|---|---|
| | NU CONCEPTS WINDOW CORPORATION | 36-3626209 |

**SCHEDULE K (WORKSHEETS), LINE 12D**
**SMALL BUSINESS SIMPLIFIED OVERALL METHOD**
**QUALIFIED PRODUCTION ACTIVITIES INCOME**

1. DOMESTIC PRODUCTION GROSS RECEIPTS.................................. $    1,838,827.

2. TOTAL GROSS RECEIPTS
   GROSS RECEIPTS (FORM 1120S, PAGE 1, LINE 1C).................... $    1,811,827.
   OTHER INCOME (FORM 1120S, PAGE 1, LINE 5)....................           0.
   GROSS PROCEEDS FROM DISPOSITION OF ASSETS......................      27,000.
        TOTAL.................................................... $    1,838,827.

3. RECEIPTS ALLOCATION RATIO (LINE 1 / LINE 2)..................         100%

4. QUALIFIED DOMESTIC PRODUCTION ACTIVITIES DEDUCTIONS
   TOTAL DEDUCTIONS (FORM 1120S, PAGE 1, LINE 20)................ $     379,268.
   TOTAL COST OF GOODS SOLD......................................    1,465,951.
     (INCLUDES ADJUSTED BASIS FROM ASSET DISPOSITION)
        TOTAL.................................................... $    1,845,219.

5. ALLOCATED DOMESTIC PROD. ACTIVITIES DEDUCTIONS (LINE 3 X LINE 4).... $    1,845,219.

6. CORPORATION'S QUALIFIED PROD. ACTIVITIES INCOME (LINE 1 - LINE 5).. $      -6,392.

7. DOMESTIC PRODUCTION ACTIVITIES INCOME FROM PASSTHROUGH K-1S.......... $           0.

8. QUALIFIED PRODUCTION ACTIVITIES INCOME (LINE 6 + LINE 7).............. $      -6,392.

**SCHEDULE K (WORKSHEETS), LINE 12D**
**SMALL BUSINESS SIMPLIFIED OVERALL METHOD**
**EMPLOYER'S FORM W-2 WAGES**

1. TOTAL WAGES
   COMPENSATION OF OFFICERS (FORM 1120S, PAGE 1, LINE 7)....................      65,600.
   SALARIES & WAGES (FORM 1120S, PAGE 1, LINE 8).........................      70,412.
   COST OF LABOR (FORM 1120S, PAGE 2, LINE 3)............................           0.
        TOTAL.................................................... $     136,012.

2. RECEIPTS ALLOCATION RATIO
   2A. DOMESTIC PRODUCTION GROSS RECEIPTS........................ $    1,838,827.
   2B. TOTAL GROSS RECEIPTS......................................    1,838,827.

       ALLOCATION RATIO (LINE 2A / LINE 2B)......................         100%

3. EMPLOYER'S W-2 WAGES (LINE 1 X LINE 2)......................... $     136,012.

**SCHEDULE K, LINE 16C**
**NONDEDUCTIBLE EXPENSES**

PENALTIES ................................................................ $         55.
                                                            TOTAL $         55.

TAXPAYER COPY - DO NOT FILE

TAXPAYER COPY - DO NOT FILE

| 2009 | SCHEDULE M-2 RECONCILIATION | PAGE 1 |
|---|---|---|

**NU CONCEPTS WINDOW CORPORATION**     36-3626209

### RECONCILIATION OF SCHEDULE M-2 ENDING BALANCE TO RETAINED EARNINGS (SCHEDULE L)

**SCHEDULE M-2 ENDING BALANCES:**

| | | |
|---|---|---:|
| 1. | Accumulated Adjustments Account (Schedule M-2, Line 8(a)) | −143,746. |
| 2. | Other Adjustments Account (Schedule M-2, Line 8(b)) | |
| 3. | Shareholder's Previously Taxed Income (Schedule M-2, Line 8(c)) | |
| 4. | TOTAL ENDING BALANCE - SCHEDULE M-2 (add lines 1-3) ▶ | −143,746. |

**ADDITIONS:**

| | | |
|---|---|---:|
| 5. | Other Retained Earnings - Ending Balance | |
| 6. | Adjustment on oil and gas depletion (Schedule M-1 vs. AAA) | |
| | TIMING DIFFERENCES SUBTRACTED FROM NET INCOME PER BOOKS (from Schedule M-1, Lines 5 and 6): | |
| 7. | Depreciation on Schedule K not included on books | |
| 8. | Amortization on Schedule K not included on books | |
| 9. | Gain (loss) on disposition of assets | |
| 10. | State tax on Schedule K not included on books | |
| 11. | Other Timing Differences Subtracted from Net Income Per Books: | |
| 12. | TOTAL ADDITIONS (add lines 5 - 11) ▶ | |

**SUBTRACTIONS:**

| | | |
|---|---|---:|
| | TIMING DIFFERENCES ADDED TO NET INCOME PER BOOKS (from Schedule M-1, Lines 2 and 3): | |
| 13. | Depreciation on books not included on Schedule K | |
| 14. | Amortization on books not included on Schedule K | |
| 15. | Gain (loss) on disposition of assets | 1. |
| 16. | State tax on books not included on Schedule K | |
| 17. | Other Timing Differences Added to Net Income Per Books: | |
| 18. | TOTAL SUBTRACTIONS (add lines 13 - 17) ▶ | 1. |
| 19. | Beginning Balance - Retained Earnings (Schedule L, Line 24(b))   −269,321. | |
| 20. | Beginning Balance - Schedule M-2 and Other Retained Earnings   −137,299. | |
| 21. | PRIOR YEAR TIMING DIFFERENCES AND ADJUSTMENTS (Line 19 minus Line 20) ▶ | −132,022. |
| 22. | OTHER ADJUSTMENTS ▶ | |
| 23. | TOTAL DIFFERENCE BETWEEN SCHEDULE M-2 AND RETAINED EARNINGS (line 12 less line 18, plus line 21 and 22) ▶ | −132,023. |
| 24. | **TOTAL RETAINED EARNINGS (SCHEDULE L) - ENDING BALANCE** (combine lines 4 and 23) ▶ | −275,769. |

SPSL0401L  07/21/03

TAXPAYER COPY - DO NOT FILE

TAXPAYER COPY - DO NOT FILE

# 2009 Shareholder's Basis Computation

| S Corporation Name | Employer I.D. number |
|---|---|
| NU CONCEPTS WINDOW CORPORATION | 36-3626209 |

| Name of Shareholder | Shareholder's I.D. number |
|---|---|
| STEVEN WALOWITZ | ██████████ |

**1. STOCK BASIS AT BEGINNING OF TAX YEAR** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### INCREASES:

| | | |
|---|---|---|
| 2. | Ordinary income . . . . . . . . . . . . . . . . . . . . | |
| 3. | Net income from rental activities . . . . . . . | |
| 4. | Net portfolio income . . . . . . . . . . . . . . . . | |
| 5. | Net gain under Section 1231 . . . . . . . . . . | |
| 6. | Other income . . . . . . . . . . . . . . . . . . . . . . | |
| 7. | Tax-exempt interest income . . . . . . . . . . . | |
| 8. | Other tax-exempt income . . . . . . . . . . . . . | |
| 9. | Net gain on disposition of Section 179 assets . . . . | |
| 10. | Oil and gas depletion in excess of basis | |
| 11. | OTHER INCREASES: | |

### DECREASES:

| | | |
|---|---|---|
| 13. | Nondeductible expenses . . . . . . . . . . . . . . | 55. |
| 14. | Oil and gas depletion . . . . . . . . . . . . . . . . . . | |
| 15. | Ordinary loss . . . . . . . . . . . . . . . . . . . . . . . . | 6,392. |
| 16. | Net loss from rental activities . . . . . . . . . . . | |
| 17. | Net portfolio loss . . . . . . . . . . . . . . . . . . . . | |
| 18. | Net loss under Section 1231 . . . . . . . . . . . . . | |
| 19. | Other loss . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 20. | Charitable contributions . . . . . . . . . . . . . . . . | |
| 21. | Section 179 expense deduction . . . . . . . . . | |
| 22. | Deductions related to portfolio income (loss) . . . . . . | |
| 23. | Other deductions . . . . . . . . . . . . . . . . . . . . | |
| 24. | Investment interest expense . . . . . . . . . . . . | |
| 25. | Total foreign taxes . . . . . . . . . . . . . . . . . . . . | |
| 26. | Section 59(e) expenses . . . . . . . . . . . . . . . . | |
| 27. | Prior year loss in excess of basis . . . . . . . | 103,329. |
| 28. | OTHER DECREASES: | |
| | LOSS IN EXCESS OF BASIS | -109,776. |

| | | |
|---|---|---|
| 29. | Property distributions (including cash) . . . . | |
| **12. TOTAL INCREASES: (add lines 2 - 11).** | **30. TOTAL DECREASES (add lines 13 - 29).** | 0. |

**31. STOCK BASIS AT END OF TAX YEAR.** (Line 1 plus line 12 minus line 30) . . . . . . . . . . . . . . . . . . . . . . . . . . .     0.

**32. DEBT BASIS AT BEGINNING OF TAX YEAR.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     0.

**33. ADJUSTMENTS TO DEBT BASIS:**

**34. DEBT BASIS AT END OF TAX YEAR** (Combine Line 32 and 33) . . . . . . . . . . . . . . . . . . . . . . .     0.

**35. SHAREHOLDER'S TOTAL BASIS AT END OF TAX YEAR** (Add Line 31 and 34) . . . . . . . . . . . . . . . . . . .     0.

LOSSES/DEDUCTIONS IN EXCESS OF BASIS (SUSPENDED) . . . . . . . . . . . . . . . . . . . . . . . . . . .     109,776.

SPSL0212L   05/13/09

TAXPAYER COPY - DO NOT FILE



**Illinois Department of Revenue**
## 2009 Form IL-1120-ST
### Small Business Corporation Replacement Tax Return
Due on or before the 15th day of the 3rd month following the close of the tax year.



| If this return is not for calendar year 2009, enter your fiscal tax year here. | Enter the amount you are paying. |
|---|---|
| Tax year beginning            , 2009, ending          ,     . | $ |

## Step 1: Identify your small business corporation

**A**  Enter your business name and mailing address.
If you have an address change, or this is a first return, check this box. . . . . ☐

**E**  Enter your federal employer identification no. (FEIN).
36-3626209

NU CONCEPTS WINDOW CORPORATION
Name

**F** ☐ Check the box if you are a member of a unitary business group, and enter the FEIN of the member filing the Schedule UB, Combined Apportionment for Unitary Business Groups.

C/O

3378 COMMERCIAL AVE
Mailing address

NORTHBROOK                               IL 60062
City                                    State    ZIP

**G**  Enter the state and zip code where your accounting records are kept. (Use the two-letter postal abbreviation. e.g., IL, GA, etc.)

State          Zip

**B**  Check the box if one of the following apply.

☐ first return        ☐ final return (If final, enter the date _____ )

**H**  If you are making the business income election to treat all nonbusiness income as business income, check here and enter '0' on Lines 37 and 45. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**C**  If this is a final return because you sold this business, enter
the date sold _____ , add the new owner's FEIN.

**I**  Enter your Illinois corporate file (charter) number.

**J**  If you have completed the following federal forms, check the box and attach them to this return.
☐ Federal Form 8886    ☐ Federal Sch. M-3

**D**  **Special Apportionment Formulas.** If you use a special apportionment formula,
check the appropriate box and see Special Apportionment Formula instructions.
☐ Financial organizations    ☐ Transportation companies

**K**  Check the box if you are making a discharge of indebtedness adjustment ☐

## Step 2: Figure your ordinary income or loss

| | | | |
|---|---|---|---|
| 1 | Ordinary income or loss, or equivalent from federal Schedule K. . . . . . . . . . . . . . . . . . . . . . | 1 | -6,392. 00 |
| 2 | Net income or loss from all rental real estate activities. . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 00 |
| 3 | Net income or loss from other rental activities. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 00 |
| 4 | Portfolio income or loss. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | 00 |
| 5 | Net IRC Section 1231 gain or loss from involuntary conversions due to casualty and theft . . . . . . . . . | 5 | 00 |
| 6 | All other items of income or loss that were not included in the computation of income or loss on Page 1 of U.S. Form 1120S. See instructions. | | |
| | Identify: _____ . . . . . . . . . . . . . . . . . . . . . | 6 | 00 |
| 7 | Add Lines 1 through 6. This is your ordinary income or loss . . . . . . . . . . . . . . . . . . . . . . . | 7 | -6,392. 00 |

## Step 3: Figure your unmodified base income or loss

| | | | |
|---|---|---|---|
| 8 | Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | 00 |
| 9 | Expense deduction under IRC Section 179. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | 00 |
| 10 | Interest on investment indebtedness . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | 00 |
| 11 | All other items of expense that were not deducted in the computation of ordinary income or loss on Page 1 of U.S. Form 1120S. See instructions. | | |
| | Identify: _____ . . . . . . . . . . . . . . . . . . . . . | 11 | 00 |
| 12 | Add Lines 8 through 11. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 | 00 |
| 13 | Subtract Line 12 from Line 7. This amount is your total unmodified base income or loss. . . . . . . . . . | 13 | -6,392. 00 |

Step 2 left margin (vertical): ATTACH YOUR PAYMENT HERE

TAXPAYER COPY - DO NOT FILE

TAXPAYER COPY - DO NOT FILE

NU CONCEPTS WINDOW CORPORATION                                    36-3626209

**14** Enter your unmodified base income from Line 13........................................ **14** _____-6,392.00_

## Step 4: Figure your income or loss

| | | | |
|---|---|---|---:|
| **15** | State, municipal, and other interest income excluded from Line 14........................................... | **15** | 00 |
| **16** | Illinois replacement tax deducted in arriving at Line 14....................................................... | **16** | 00 |
| **17** | Illinois special depreciation addition. **Attach** Form IL-4562.............................................. | **17** | 00 |
| **18** | Related-party expenses addition. **Attach** Schedule 80/20.................................................. | **18** | 00 |
| **19** | Distributive share of additions. **Attach** Schedule K-1-P or K-1-T......................................... | **19** | 00 |
| **20** | The amount of loss distributable to a shareholder subject to replacement tax. **Attach** Schedule B............. | **20** | 00 |
| **21** | Other additions. **Attach** Illinois Schedule M (for businesses).................................... | **21** | 00 |
| **22** | Add Lines 14 through 21. This amount is your income or loss.................................... | **22** | -6,392.00 |

## Step 5: Figure your Illinois base income or net loss

| | | | |
|---|---|---|---:|
| **23** | Interest income from U.S. Treasury obligations or other exempt federal obligations........................... | **23** | 00 |
| **24** | Share of income distributable to a shareholder subject to replacement tax. **Attach** Schedule B................. | **24** | 00 |
| **25** | Expenses incurred in producing certain federally tax-exempt income or federal credits........................ | **25** | 00 |
| **26** | Enterprise Zone or River Edge Redevelopment Zone Dividend subtraction. **Attach** Schedule 1299-A........... | **26** | 00 |
| **27** | Enterprise Zone or River Edge Redevelopment Zone Interest subtraction. **Attach** Schedule 1299-A........... | **27** | 00 |
| **28** | High impact Business Dividend subtraction. **Attach** Schedule 1299-A....................................... | **28** | 00 |
| **29** | High Impact Business Interest subtraction. **Attach** Schedule 1299-A....................................... | **29** | 00 |
| **30** | Contribution subtraction. **Attach** Schedule 1299-A........................................................ | **30** | 00 |
| **31** | Illinois Special Depreciation subtraction. **Attach** Form IL-4562........................................... | **31** | 00 |
| **32** | Related-party expenses subtraction. **Attach** Schedule 80/20............................................... | **32** | 00 |
| **33** | Distributive share of subtractions. **Attach** Schedule K-1-P or K-1-T....................................... | **33** | 00 |
| **34** | Other subtractions. **Attach** Schedule M (for businesses).................................................. | **34** | 00 |
| **35** | Total subtractions. Add Lines 23 through 34................................................................. | **35** | 00 |
| **36** | **Base income or net loss.** Subtract Line 35 from Line 22................................................... | **36** | -6,392.00 |

**STOP: If the amount on Line 36 is derived inside and outside Illinois, complete Step 6; otherwise go to Step 7.**

## Step 6: Figure your income allocable to Illinois

| | | | | |
|---|---|---|---|---:|
| **37** | Nonbusiness income or loss. **Attach** Schedule NB......................................... | | **37** | 00 |
| **38** | Trust, estate, and non-unitary partnership business income or loss included in Line 36..................... | | **38** | 00 |
| **39** | Add Lines 37 and 38............................................................................. | | **39** | 00 |
| **40** | Business income or loss. Subtract Line 39 from Line 36..................................... | | **40** | 00 |
| **41** | Total sales everywhere. This amount cannot be negative....................... | **41** | | |
| **42** | Total sales inside Illinois. This amount cannot be negative.................... | **42** | | |
| **43** | Apportionment factor. Divide Line 42 by Line 41 (carry to six decimal places)... | **43** | | |
| **44** | Business income or loss apportionable to Illinois. Multiply Line 40 by Line 43........................... | | **44** | 00 |
| **45** | Nonbusiness income or loss allocable to Illinois. **Attach** Schedule NB.................................. | | **45** | 00 |
| **46** | Trust, estate, and non-unitary partnership business income or loss apportionable to Illinois................ | | **46** | 00 |
| **47** | **Base income or net loss allocable to Illinois.** Add Lines 44 through 46.................................. | | **47** | 00 |

Form **IL-1120-ST** (R-12/09) ID: 2BN                                                    ILSA0702L  11/20/09

TAXPAYER COPY - DO NOT FILE

TAXPAYER COPY - DO NOT FILE

NU CONCEPTS WINDOW CORPORATION                    36-3626209

## Step 7: Figure your net income

| | | | |
|---|---|---|---|
| 48 | Base income or net loss from Step 5, Line 36, or Step 6, Line 47 | 48 | -6,392. 00 |
| 49 | Discharge of Indebtedness adjustment. See instructions | 49 | 00 |
| 50 | Adjusted base income or net loss. Add Lines 48 and 49 | 50 | -6,392. 00 |
| 51 | Illinois net loss deduction. **Attach** Schedule NLD. If Line 50 is zero or a negative amount, enter '0'. | 51 | 00 |
| 52 | **Net Income.** Subtract Line 51 from Line 50 | 52 | 00 |

## Step 8: Figure your net replacement tax

| | | | |
|---|---|---|---|
| 53 | Replacement tax. Multiply Line 52 by 1.5% (.015) | 53 | 00 |
| 54 | Recapture of investment credits. **Attach** Schedule 4255 | 54 | 00 |
| 55 | Replacement tax before investment credits. Add Lines 53 and 54 | 55 | 00 |
| 56 | Investment credits. **Attach** Form IL-477 | 56 | 00 |
| 57 | **Net replacement tax.** Subtract Line 56 from Line 55. Enter '0' if this is a negative amount | 57 | 00 |

## Step 9: Figure your refund or balance due

| | | | | |
|---|---|---|---|---|
| 58 | Payments | | | |
| | a | Credit from 2008 overpayment | a | 00 |
| | b | Form IL-505-B (extension) payment | b | 00 |
| | c | Pass-through entity payments. **Attach** Schedule K-1-P or K-1-T | c | 00 |
| | d | Gambling withholding. **Attach** Form W-2G | d | 00 |
| 59 | Total payments. Add Lines 58a through 58c | | 59 | 00 |
| 60 | Overpayment. If Line 59 is greater than Line 57, subtract Line 57 from Line 59 | | 60 | 00 |
| 61 | Amount to be **credited to 2010** | | 61 | 00 |
| 62 | **Refund.** Subtract Line 61 from Line 60. This is the amount to be refunded | | 62 | 00 |
| 63 | **Tax Due.** If Line 57 is greater than Line 59, subtract Line 59 from Line 57. This is the amount you owe | | 63 | 00 |

► **Make your check payable to 'Illinois Department of Revenue' and attach to Page 1 of this form.** ◄

*Special Note:* Enter the amount of your payment at the top of Page 1 in the space provided.

## Step 10: Sign here

Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct, and complete.

| | | |
|---|---|---|
| | PRESIDENT | (847) 559-5224 |
| Signature of authorized officer | Title | Phone |
| STEVEN L. LOPATA | P00293930 | |
| Signature of preparer          Date  3/08/10 | Preparer's SSN or firm's FEIN | |
| | 370 CHARAL LANE | |
| STEVEN L. LOPATA, CPA LTD | HIGHLAND PARK, IL 60035 | 847.433.4809 |
| Preparer firm's name (or yours, if self-employed) | Address | Phone |

► **Mail this return to: Illinois Department of Revenue, P.O. Box 19032, Springfield, IL 62794-9032** ◄

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center.   IL-492-0073

Form **IL-1120-ST** (R-12/09) ID: 2BN

ILSA0703L 11/30/09

TAXPAYER COPY - DO NOT FILE

**Illinois Department of Revenue**
## Schedule B
**Partners' or Shareholders' Identification**
Attach to your Form IL-1065 or Form IL-1120-ST.

**Year ending**

| 12 | 2009 |
|---|---|
| Month | Year |

IL Attachment no. 1

Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.

NU CONCEPTS WINDOW CORPORATION

Enter your federal employer identification number (FEIN).

36-3626209

### Step 1: Provide the following information

| | | | |
|---|---|---|---|
| 1 | Enter the amount from your Form IL-1065 or Form IL-1120-ST, Line 48 . . . . . . . . . . . . . . . . . . . . . . | 1 | -6,392. |
| 2 | Enter the apportionment factor from your Form IL-1065 or Form IL-1120-ST, Line 43 . . . . . . . . . . . . . . . . . . . . . | 2 | 1.000000 |

### Step 2: Identify your partners or shareholders. Attach additional sheets if necessary.

| | A<br>Name and Address | B<br>SSN or FEIN | C<br>Partner or Shareholder type (See instr.) | D<br>Total amount of base income (loss) distributable (See instr.) | E<br>Member subject to Illinois replacement tax (See instr.) | F<br>Pass-through entity payment amount (See instr.) | G<br>Excluded from pass-through entity pmnts (See instr.) |
|---|---|---|---|---|---|---|---|
| 1 | STEVEN WALOWITZ<br>3824 BORDEAUX<br>NORTHBROOK, IL 60062 | ███████ | I | -6,392. | ☐ | | R |
| 2 | | | | | ☐ | | |
| 3 | | | | | ☐ | | |
| 4 | | | | | ☐ | | |
| 5 | | | | | ☐ | | |
| 6 | | | | | ☐ | | |
| | | | | | ☐ | | |

7  Add the amounts shown in Column D for partners or shareholders for which you have entered a check mark in Column E. Enter the total here. (See instructions.)    **7** _____

TAXPAYER COPY - DO NOT FILE



**Illinois Department of Revenue**

# Schedule NLD   Illinois Net Loss Deduction

For Illinois net losses arising in tax years ending **on or after** December 31, 1986.
Attach to your Form IL-1120, IL-1120-ST, IL-1041, IL-1065, or any amended return.

**Carry year ending**

| 12 | 2009 |
|----|------|
| Month | Year |

**IL Attachment No. 6**

Enter your name as shown on your return · · · Enter your federal employer ID number (FEIN)

NU CONCEPTS WINDOW CORPORATION · · · · · · 36-3626209

## Step 1: Figure your Illinois net loss deduction (NLD)

Read the instructions before completing this schedule.
'Carry year' is the year to which the loss is being carried.
Enter all amounts as positive figures.

|  |  | **A** | **B** | **C** |
|---|---|---|---|---|
|  |  | Earliest loss year ending **12/08** | Loss year ending | Loss year ending |
|  |  | Month Year | Month Year | Month Year |
| **1** | Enter your reported Illinois net loss. See instructions | 25,940. | | |
| **2a** | Enter the carry year and the amount of Illinois net loss previously carried back or forward. See instructions. **2a** | Mo Yr   Loss carried | Mo Yr   Loss carried | Mo Yr   Loss carried |
| **b** | | Mo Yr   Loss carried | Mo Yr   Loss carried | Mo Yr   Loss carried |
| **c** | | Mo Yr   Loss carried | Mo Yr   Loss carried | Mo Yr   Loss carried |
| **2d** | Add Lines 2a through 2c. This is your total amount of loss previously carried. **2d** | 0. | | |
| **3** | Subtract Line 2d from Line 1. This is your remaining Illinois net loss | 25,940. | | |
| **4** | Enter the Illinois base income for this carry year. See instructions | 0. | | |
| **5** | Enter the lesser of Line 3 **or** Line 4. This is your Illinois net loss deduction (NLD) | 0. | ▲ Enter In 6 from previous col ▲ | ▲ Enter In 6 from previous col ▲ |
| **6** | Subtract Line 5 from Line 4. This is your remaining income after NLD | 0. | | |
| **7** | Subtract Line 5 from Line 3. This is your remaining NLD for subsequent years | 25,940. | | |

Total of columns A, B, and C, Line 5. See instructions.

**Remember:** You must attach supporting documentation to this schedule.

## Step 2: Identify the loss year company

Complete this part only if the loss shown on Step 1, Line 1, originated from a company other than the one filing this return. Enter the FEIN of the company and the reason (*e.g.*, merger) you are allowed to use that company's losses.

|  | **A** |  | **B** |  | **C** |
|---|---|---|---|---|---|
| **8** FEIN: | | **9** FEIN: | | **10** FEIN: | |
| Reason: | | Reason: | | Reason: | |

Schedule **NLD** (R-12/09) ID:2BN



ILCZ0601L  10/27/09

## NU CONCEPTS WINDOW CORPORATION
## BALANCE SHEET
### as of
### September 30, 2010

**ASSETS**

| | | |
|---|---:|---:|
| Current assets | | |
| Cash | $      (525) | |
| Total current assets | | (525) |
| | | |
| Fixed assets | | |
| Property and equipment | 44,956 | |
| Less: Accumulated Depreciation | (44,956) | |
| Total fixed assets | | - |
| | | |
| Other Assets | | |
| Security depositis | 587 | |
| Total Other Assets | | 587 |
| | | |
| Total assets | | $      62 |

**LIABILITIES & SHAREHOLDER'S EQUITY**

| | | |
|---|---:|---:|
| Current Liabilities: | | |
| Accounts payable | $  296,076 | |
| Loans from affiliates | 51,144 | |
| Payroll tax liabilities | 43 | |
| Total current liabilities | | 347,263 |
| | | |
| Shareholder's equity: | | |
| Capital stock | 1,000 | |
| Retained earnings | (275,769) | |
| Distributions to shareholder | (95,770) | |
| Net income from continuing operations | 23,338 | |
| Total shareholder's equity | | (347,201) |
| | | |
| Total liabilities and shareholder's equity | | $      62 |

* See Independent Accountant's Compilation Report and accompanying notes to the financial statements. *

## NU CONCEPTS WINDOW CORPORATION
## INCOME STATEMENT
### January, 2010 through September, 2010

| | | |
|---|---:|---:|
| Revenues | | $ 1,051,984 |
| Cost of sales | | 801,329 |
| Gross profit | | 250,655 |
| | | |
| Expenses: | | |
| Advertising and marketing | 26,151 | |
| Automobile expenses | 25,161 | |
| Bank service charges | 10,635 | |
| Commissions | 50,201 | |
| Insurance | 5,696 | |
| Legal & professional fees | 2,175 | |
| Office supplies | 2,622 | |
| Payroll taxes and fees | 6,066 | |
| Postage and delivery | 999 | |
| Rent | 18,553 | |
| Salaries and wages | 73,248 | |
| Telephones and networks | 4,107 | |
| Utilities | 1,703 | |
| Total expenses | | 227,317 |
| | | |
| Net income from continuing operations | | $   23,338 |

* See Independent Accountant's Compilation Report and accompanying notes to the financial statements. *

**NU CONCEPTS WINDOW CORPORATION**
**STATEMENT OF CASH FLOW**
**January, 2010 through September, 2010**

| | | |
|---|---:|---:|
| Cash flows from operating activities: | | |
| Net income from continuing operations | $ 23,338 | |
| Increase in accounts payable | 1,825 | |
| Decrease in loans from affiliates | (856) | |
| Decrease in payroll liabilities | (83) | |
| Net cash flows from operating activities | | 24,224 |
| | | |
| Cash flows from non-operating activities: | | |
| Decrease in loan due from shareholder | 55,065 | |
| Distributions to shareholder | (95,770) | |
| Net cash flows from non-operating activities | | (40,705) |
| | | |
| Cash as of December 31, 2009 | | 15,956 |
| Cash as of September 30, 2010 | | $ (525) |

**\* See Independent Accountant's Compilation Report and accompanying notes to the financial statements. \***

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Nu-Concepts Window Corporation**                           Case No. _____

                                     Debtor(s)                 Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Alside Supply Center**<br>**1470 Mark Street**<br>**Elk Grove Village, IL 60007** | **Alside Supply Center**<br>**1470 Mark Street**<br>**Elk Grove Village, IL 60007** | | | **9,531.00** |
| **Boom Window & Screen**<br>**161 Wheeling Road**<br>**Wheeling, IL 60090** | **Boom Window & Screen**<br>**161 Wheeling Road**<br>**Wheeling, IL 60090** | | | **1,330.00** |
| **Central Siding**<br>**6817 S. Harlem Avenue**<br>**Bedford Park, IL 60638** | **Central Siding**<br>**6817 S. Harlem Avenue**<br>**Bedford Park, IL 60638** | | | **140,000.00** |
| **Estates Windows Ltd.**<br>**950 Northshore Drive**<br>**Lake Bluff, IL 60044** | **Estates Windows Ltd.**<br>**950 Northshore Drive**<br>**Lake Bluff, IL 60044** | | | **60,000.00**<br><br>**(Unknown secured)** |
| **JMK**<br>**241 Dallas Lane**<br>**Bartlett, IL 60103** | **JMK**<br>**241 Dallas Lane**<br>**Bartlett, IL 60103** | | | **40,000.00** |
| **Johns K Construction**<br>**104 N. Wheeling Road**<br>**Prospect Heights, IL 60070** | **Johns K Construction**<br>**104 N. Wheeling Road**<br>**Prospect Heights, IL 60070** | | | **16,000.00** |
| **Pella Windows**<br>**c/o Nigro & Westfall**<br>**1793 Bloomingdale Road**<br>**Glendale Heights, IL 60139** | **Pella Windows**<br>**c/o Nigro & Westfall**<br>**1793 Bloomingdale Road**<br>**Glendale Heights, IL 60139** | | | **2,900.00** |
| **Schnoll & Co.**<br>**444 Lake Cook Road**<br>**Deerfield, IL 60015** | **Schnoll & Co.**<br>**444 Lake Cook Road**<br>**Deerfield, IL 60015** | | | **7,400.00** |
| **Serious Windows**<br>**1136 Wheeling Road**<br>**Vandergrift, PA 15690** | **Serious Windows**<br>**1136 Wheeling Road**<br>**Vandergrift, PA 15690** | | | **2,015.51** |
| **Sheila Walowitz**<br>**3842 Bordeaux**<br>**Northbrook, IL 60062** | **Sheila Walowitz**<br>**3842 Bordeaux**<br>**Northbrook, IL 60062** | **Advances to company** | | **51,144.00** |
| **Velev, Inc.**<br>**3318 Country Lane**<br>**Long Grove, IL 60047** | **Velev, Inc.**<br>**3318 Country Lane**<br>**Long Grove, IL 60047** | | | **11,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Nu-Concepts Window Corporation**                                    Case No. _____
_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Yellow Pages c/o Liquidebt Sytems In 29W170 Butterfield Road, Suite 102 Warrenville, IL 60555** | **Yellow Pages c/o Liquidebt Sytems In 29W170 Butterfield Road, Suite 102 Warrenville, IL 60555** | | | **5,900.00** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November  8, 2010**                    Signature  **/s/ Steven Walowitz**
_____          _____
                                                        **Steven Walowitz**
                                                        **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                    18 U.S.C. §§  152 and 3571.

Alside Supply Center
1470 Mark Street
Elk Grove Village, IL 60007


Boom Window & Screen
161 Wheeling Road
Wheeling, IL 60090


Central Siding
6817 S. Harlem Avenue
Bedford Park, IL 60638


Estates Windows Ltd.
950 Northshore Drive
Lake Bluff, IL 60044


JMK
241 Dallas Lane
Bartlett, IL 60103


Johns K Construction
104 N. Wheeling Road
Prospect Heights, IL 60070


Pella Windows
c/o Nigro & Westfall
1793 Bloomingdale Road
Glendale Heights, IL 60139


Schnoll & Co.
444 Lake Cook Road
Deerfield, IL 60015


Serious Windows
1136 Wheeling Road
Vandergrift, PA 15690


Sheila Walowitz
3842 Bordeaux
Northbrook, IL 60062


Steven Walowitz

```
Velev, Inc.
3318 Country Lane
Long Grove, IL 60047


Yellow Pages
c/o Liquidebt Sytems In
29W170 Butterfield Road, Suite 102
Warrenville, IL 60555
```