UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 10-49844 |
|---|---|---|
| NU-CONCEPTS WINDOW CORPORATION, | ) ) ) ) | Chapter: 11 |
| | ) | Honorable Eugene R. Wedoff |
| Debtor(s) | ) ) | |

**FINAL DECREE CLOSING CHAPTER 11 CASE**

Upon the Motion for Entry of a Final Decree Under 11 U.S.C. § 350 and Federal Rule of Bankruptcy Procedure 3022 Closing Chapter 11 Case (the "Motion") filed by Reorganized Nu-Concepts Window Corporation; this Court (i) having jurisdiction over the matters set forth in the Motion, (ii) finding that notice of the Motion was appropriate under the circumstances and that no further notice is required, and (iii) finding that good and sufficient cause exists to grant the relief requested in the Motion; IT IS HEREBY ORDERED THAT:

  1.  The Motion is granted in all respects; and

  2.  The Clerk of the Court is directed to close the captioned captioned Chapter 11 case.

Enter: *[signature]*

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated: **20 SEP 2011**

**Prepared by counsel of Movant:**

William J. Factor (6205675)
Sara E. Lorber (6229740)
THE LAW OFFICE OF
    WILLIAM J. FACTOR, LTD.
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel:  (847) 239-7248
Fax:  (847) 574-8233
Email: wfactor@wfactorlaw.com
       slorber@wfactorlaw.com

Rev: 20101008_bko